Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Michael J. Boggan

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. BOGGAN, | Case No.: 2:13-cv-1687-RFB-VCF |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Michael J. Boggan be awarded attorney fees and expenses in the amount of Three Thousand dollars ($3,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

After the Court issues an order for EAJA fees to Michael J. Boggan, the government will consider the matter of Michael J. Boggan's assignment of EAJA fees to Marc V. Kalagian. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Michael J. Boggan, but if the Department of the Treasury determines that Michael J. Boggan does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Michael J. Boggan. *United States v. $186,416.00*, 722 F.3d 1173, 1176 (9th Cir. 2013) (*$186,416.00 II*) (ordering fees paid to counsel because of an assignment that did not interfere with a raised superior lien).[1] Any payments made shall be delivered to Marc V. Kalagian.

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings. *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases. Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of *$186,416 II* to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

Michael J. Boggan contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 I*) held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

1   This stipulation constitutes a compromise settlement of Michael J. Boggan's
2 request for EAJA attorney fees, and does not constitute an admission of liability on
3 the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount
4 shall constitute a complete release from, and bar to, any and all claims that Michael
5 J. Boggan and/or Marc V. Kalagian including Law Offices of Rohlfing &
6 Kalagian, LLP may have relating to EAJA attorney fees in connection with this
7 action.
8   This award is without prejudice to the rights of Marc V. Kalagian and/or the
9 Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney
10 fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the
11 EAJA.

12 DATE: January 26, 2015          Respectfully submitted,

13                                 LAW OFFICES OF ROHLFING & KALAGIAN,

14                                      /s/ *Marc V. Kalagian*
15                            BY:_____
                                   Marc V. Kalagian
16                                 Attorney for plaintiff Michael J. Boggan

17 DATED: January 26, 2015         DANIEL G. BOGDEN
18                                 United States Attorney

19

20                                      /s/ *Esther Kim*
21                            BY:_____
                                   Esther Kim
22                                 Special Assistant United States Attorney
                                   Attorneys for Defendant Carolyn W. Colvin,
23                                 Acting Commissioner of Social Security
                                   (Per e-mail authorization)
24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:13-CV-1687-RFB-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 2, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Marc V. Kalagian*
_____
Marc V. Kalagian
Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Michael J. Boggan

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

11 MICHAEL J. BOGGAN,              ) Case No.: 2:13-cv-1687-RFB-VCF
                                   )
12         Plaintiff,              ) {PROPOSED} ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                         ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting       )
   Commissioner of Social Security,)
15                                 )
           Defendant                )
16                                 )
   _____)

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

       IT IS ORDERED that fees and expenses in the amount of $3,000.00 as
20
   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the
21
   Stipulation. DATE:    February 9, 2015
22
                                   _____
23                                 THE HONORABLE CAM FERENBACH
                                   UNITED STATES MAGISTRATE JUDGE
24

25

26

                                    -1-